397 A.2d 790

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**John SHIELDS, Jr., Appellee.**

Supreme Court of Pennsylvania.

Argued Jan. 12, 1979.

Decided Feb. 23, 1979.

Steven H. Goldblatt, Deputy Dist. Atty., Maxine J. Stotland, Asst. Dist. Atty., Philadelphia, for appellant.

John W. Packel, Chief, Appeals Div., Philadelphia, for appellee.

Before EAGEN, C. J., and ROBERTS, NIX, MANDERINO and LARSEN, JJ.

## OPINION

PER CURIAM:

Order affirmed, 247 Pa.Super. 74, 371 A.2d 1333.

O'BRIEN, J., did not participate in the consideration or decision of this case.